IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:06CR25WHBJCS-002

CUAHETEMOC DOMINGUEZ-VASQUEZ

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against CUAHETEMOC DOMINGUEZ-VASQUEZ without prejudice.

DUNN LAMPTON
United States Attorney

By:   s/Sandra G. Moses

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 26th day of February, 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE